UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MAXIDE ACQUISITION, INC., *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-10429 (MFW)<br><br>(Jointly Administered) |
| EDWARD P. BOND, AS TRUSTEE OF THE DMX CREDITORS LIQUIDATION TRUST,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PARAMOUNT PICTURES,<br><br>　　　　　　　　　　　Defendant. | Adv. Proc. No. 07-50662 (CSS)<br><br>**Objection deadline: June 7, 2007**<br><br>**No hearing will be held unless ordered by Court** |

**PARAMOUNT PICTURES CORPORATION'S
NOTICE OF MOTION AND MOTION TO WITHDRAW REFERENCE OF
ADVERSARY PROCEEDING TO BANKRUPTCY COURT**

Defendant Paramount Pictures Corporation ("Paramount") hereby moves, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Delaware Bankruptcy Local Rule 5011-1, for entry of an order withdrawing the reference of the above-captioned adversary proceeding ("Adversary Proceeding") to the United States Bankruptcy Court for the District of Delaware, and providing that the Adversary Proceeding be heard by the District Court of the District of Delaware.[1] As described in the Memorandum of Law filed herewith, the grounds for this Motion are that Paramount is entitled to a jury trial, which the Bankruptcy Court is not empowered to preside over. Where, as here, the District Court must try the matter, it would be inefficient for the Adversary Proceeding to continue in the Bankruptcy Court.

---

[1]  Pursuant to Delaware Bankruptcy Local Rule 5011-1, Paramount has filed concurrently herewith its motion for determination of core status of claims.

1

#8586012 v5

Pursuant to Rule 7.1.1 of the Local Civil Rules of the District of Delaware, the undersigned certifies that Paramount has made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion.

Dated:  May 25, 2007

Respectfully submitted,

_____
PEPPER HAMILTON, LLP
Henry Jaffe (Del. Bar No. 2987)
James C. Carignan (Del. Bar No. 4230)
1313 Market Street
Post Office Box 1709
Wilmington, Delaware 19899-1709
Telephone:  (302) 777-6575
Facsimile:  (302) 421-8390
carignanj@pepperlaw.com

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Edward T. Attanasio (Cal. Bar No. 119485)
Matthew C. Heyn (Cal. Bar No. 227474)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-5061
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

Counsel for Paramount Pictures Corporation

TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:**             07-50662
**Related Bankruptcy Case #:**    05-10429
**District Court Civil Action#:**

**Deputy Clerk Transferring Case:**   Lori Coster

**Case Type:**                   Adversary

**Nature of Suit:**              Recover Money or Property

**Cause of Transmittal:**        Order dated 6/14/07, Determining Core Status

**Parties:**                     Bond v. Paramount Pictures

**Plaintiff's Counsel:**

    **David P. Primack**
    Drinker, Biddle & Reath LLP
    1100 North Market Street
    Suite 1000
    Wilmington, DE 19801-1254
    302-467-4221
    Fax : 302-467-4201
    Email: david.primack@dbr.com

**Defendant's Counsel:**

    **James C. Carignan**
    Pepper Hamilton LLP
    Hercules Plaza, Suite 5100
    1313 Market Street
    Wilmington, DE 19801
    302-777-6500
    Fax : 302-421-8390
    Email: carignaj@pepperlaw.com